UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| Eric Ryan Scott,<br><br>　　　　　Petitioner<br><br>　v.<br><br>Najara, *et al.*,<br><br>　　　　　Respondents | Case No. 2:23-cv-00990-CDS-DJA<br><br>**Order Granting Petitioner's Motion for Extension of Time**<br><br>[ECF No. 10] |

　　　Petitioner Eric Ryan Scott has filed an unopposed motion for extension of time to file his first amended petition. ECF No. 10. This is Scott's first request for an extension of this deadline. I find good cause to grant the motion.

　　　It is therefore ordered that the unopposed motion for extension of time **[ECF No. 10] is granted**. Scott has up to and including January 31, 2024, to file his first amended petition.

　　　DATED: November 2, 2023

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE