1

2                 UNITED STATES DISTRICT COURT
                    DISTRICT OF NEVADA

3

4 Eric Ryan Scott,                          Case No. 2:23-cv-00990-CDS-DJA

5              Petitioner          **Order Granting Petitioner's Motion for**

6     v.                                   **Extension of Time**

7 Najara, et al.,                              [ECF No. 13]

8              Respondents

9

10        Petitioner Eric Ryan Scott has filed an unopposed motion for extension of time to file his

11 first amended petition. ECF No. 13. This is Scott's second request for an extension of this

12 deadline. I find good cause exists to grant the motion.

13        It is therefore ordered that the unopposed motion for extension of time **[ECF No. 13] is**

14 **granted**. Scott has up to and including February 21, 2024, to file his first amended petition.

15        Dated: February 6, 2024

16

17                                  _____

18                                  UNITED STATES DISTRICT JUDGE

19

20

21

22

23

24

25

26

27

28