UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| Eric Ryan Scott, | Case No. 2:23-cv-00990-CDS-DJA |
|---|---|
| Petitioner | Order Granting Respondents' Motion for Extension of Time |
| v. | |
| Najara, et al., | [ECF No. 17] |
| Respondents | |

Respondents have filed an unopposed motion for extension of time to file their response to petitioner Eric Ryan Scott's first-amended petition. ECF No. 17. This is respondents' first request for an extension of this deadline. I find good cause exists to grant the motion.

It is therefore ordered that the unopposed motion for extension of time **[ECF No. 17] is granted**. Respondents have up to and including May 6, 2024, to file their response to the first amended petition.

Dated: April 17, 2024

_____
United States District Judge