# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| Eric Ryan Scott, | Case No. 2:23-cv-00990-CDS-DJA |
| Petitioner | **Order Granting Petitioner's Motion for Extension of Time** |
| v. | |
| Najara, et al., | [ECF No. 27] |
| Respondents | |

Petitioner Eric Scott has filed an unopposed motion for extension of time to file his opposition to the motion to dismiss. ECF No. 27. This is Scott's first request for an extension of this deadline. I find good cause exists to grant the motion.

It is therefore ordered that the unopposed motion for extension of time **[ECF No. 27] is granted**. Scott has up to and including May 29, 2024, to file his opposition to the motion to dismiss.

Dated: May 23, 2024

_____
United States District Judge