# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

Eric Ryan Scott,

       Petitioner

   v.

Najara, et al.,

       Respondents

Case No. 2:23-cv-00990-CDS-DJA

**Order Dismissing
Ground 6 of the
First-Amended Petition**

[ECF No. 34]

      This counseled habeas matter is before the Court on petitioner Eric Ryan Scott's declaration of voluntary dismissal of ground 6 of his First-Amended Petition. ECF No. 34. On June 11, 2022, this Court determined that ground 6 was unexhausted and instructed Scott to inform the Court how he wished to proceed. ECF No. 31. Scott has timely complied.

      It is therefore ordered that ground 6 of the First-Amended Petition is dismissed.

      It is further ordered that, pursuant to this Court's scheduling order (ECF No. 8), respondents must file their answer to the remaining grounds in the First-Amended Petition by November 4, 2024. Scott will then have 30 days following service of the answer to file his reply.

      Dated:  September 3, 2024

_____
Cristina D. Silva
United States District Judge