# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| Eric Ryan Scott, | Case No. 2:23-cv-00990-CDS-DJA |
| Petitioner | Order Granting Respondents' Motion for Extension of Time |
| v. | |
| Najara, et al., | [ECF No. 36] |
| Respondents | |

Respondents have filed an unopposed motion for a 60-day extension of time to file their answer to the first-amended petition. ECF No. 36. This is respondents' first request for an extension of this deadline. I find good cause exists to grant the motion.

It is therefore ordered that the unopposed motion for extension of time **[ECF No. 36] is granted**. Respondents have up to and including January 3, 2025, to file their answer.

Dated: November 8, 2024

_____
Cristina D. Silva
United States District Judge