# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

Eric Ryan Scott,

    Petitioner

v.

Najara, et al.,

    Respondents

Case No. 2:23-cv-00990-CDS-DJA

**Order Granting Motion for Extension of Time**

[ECF No. 43]

    Petitioner Eric Ryan Scott has filed an unopposed motion for a 60-day extension of time to file his reply to the first-amended petition. ECF No. 43. This is Scott's first request for an extension of this deadline. I find good cause exists to grant the motion.

    It is therefore ordered that the unopposed motion for extension of time **[ECF No. 43] is granted**. Scott has up to and including July 1, 2025, to file his reply.

Dated: May 5, 2025

_____
Cristina D. Silva
United States District Judge