# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| Eric Ryan Scott, | Case No. 2:23-cv-00990-CDS-DJA |
| Petitioner | **Order Granting Motion for Extension of Time** |
| v. | |
| Najara, et al., | [ECF No. 45] |
| Respondents | |

Petitioner Eric Ryan Scott has filed an unopposed motion for a 45-day extension of time to file his reply to the first-amended petition. ECF No. 45. This is Scott's second request for an extension of this deadline. I find good cause exists to grant the motion.

It is therefore ordered that the unopposed motion for extension of time **[ECF No. 45] is granted**. Scott has up to and including August 15, 2025, to file his reply.

Dated: June 23, 2025

_____
Cristina D. Silva
United States District Judge